**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Applicant,**<br><br>**-against-**<br><br>**INSTITUTIONAL SHAREHOLDER SERVICES, INC.,**<br><br>**Respondent.** | **MC No.** 2:26-mc-00078 |

**APPLICATION FOR AN ORDER TO SHOW CAUSE AND FOR AN ORDER REQUIRING COMPLIANCE WITH SECURITIES AND EXCHANGE COMMISSION'S ADMINISTRATIVE SUBPOENA**

The Securities and Exchange Commission ("Commission"), by its undersigned counsel, respectfully submits this Application for an Order to Show Cause and for an Order Requiring Compliance with the Commission's Administrative Subpoena ("Application"), together with a proposed order to show cause, the supporting memorandum of law, and the Declaration of Brendan McGlynn dated September 4, 2026 and the exhibits thereto based on the following:

1. Respondent Institutional Shareholder Services, Inc. ("ISS") refused to comply with a Commission investigative subpoena that lawfully was issued in the Commission's investigation titled *In the Matter of Institutional Shareholder Services, Inc.* (Internal File No. P-02556) ("ISS Investigation").

2. On July 20, 2026, the Commission issued an Order Directing Private Investigation and Designating Officers to Take Testimony ("Formal Order") in the ISS

Investigation under Section 209(a) and Section 209(b) of the Investment Advisers Act of 1940 ("Advisers Act") [15 U.S.C. § 80b-9(a), (b)].

3. ISS is registered as an investment adviser with the Commission under the Advisers Act. ISS provides proxy voting and other advice to institutional clients.

4. Pursuant to the Formal Order, the Commission is investigating whether ISS, or any persons or entities affiliated with ISS, have engaged in, or are about to engage in, acts or practices that may possibly violate Sections 204, 206(1), 206(2), and 206(4) of the Advisers Act and Rules 204-2 and 206(4)-8 thereunder. [15 U.S.C. §§ 80b-4, 80b-6; 17 C.F.R. §§ 275.204-2, 275.206(4)-8].

5. The Formal Order designates certain individuals as officers of the Commission empowered to subpoena witnesses, to take evidence, and to require the production of any records deemed relevant or material to the investigation.

6. On July 21, 2026, one of the designated Commission officers issued an investigative subpoena to ISS to produce documents. The Commission served the subpoena on ISS by electronic mail to ISS's counsel. The subpoena required ISS to produce responsive documents by August 4, 2026. The Commission subsequently agreed to an extension to August 11, 2026.

7. The subpoena contained three requests. Request 3 required ISS to produce certain recommendation and voting data for ISS clients. ISS has refused to produce the documents requested pursuant to Request 3 of the subpoena.

8. The Commission therefore submits this Application for an Order to Show Cause, in the form attached, requiring ISS to show cause why it should not be ordered to comply with

the subpoena by producing all responsive documents to the Commission within twenty (20) days.

9. The Court has jurisdiction over this matter and venue lies within the Eastern District of Pennsylvania, pursuant to Section 209(c) of the Advisers Act. [15 U.S.C. § 80b-9(c)].

WHEREFORE, the Commission respectfully requests that the Court enter an Order to Show Cause, directing ISS to show cause why the Court should not issue an Order directing it to produce the documents requested in the Commission's July 21, 2026 subpoena within twenty (20) days of the Order.

Dated: September 4, 2026

SECURITIES AND EXCHANGE COMMISISON

By: s/ John V. Donnelly III

John V. Donnelly III, Esq.
Gregory Bockin, Esq.
Attorneys for Applicant
U.S. Securities and Exchange Commission
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
Telephone: (215) 597-3100
Email: DonnellyJ@sec.gov