# EXHIBIT 15

HOGAN LOVELLS
CADWALADER

Hogan Lovells Cadwalader US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T: +1 202 637 5600
F: +1 202 637 5910
www.hlc.com

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

September 3, 2026

*BY ELECTRONIC MAIL*

Kevin E. Levenberg, Esq.
Senior Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
Philadelphia Regional Office
1617 JFK Blvd., Suite 520
Philadelphia, PA 19103

**Re:** ***In the Matter of Institutional Shareholder Services, Inc. (P-02556)***

Dear Mr. Levenberg:

ISS acknowledges receipt of your letter of September 1, 2026, regarding the Subpoena the SEC issued to ISS on July 21, 2026.

While ISS appreciates the continuing dialogue with respect to the Subpoena, ISS regrets that the SEC has indicated it wishes to shut down discussions aimed at reaching a compromise on the sole outstanding item under the Subpoena: whether the SEC will require ISS to provide the identities of the ISS clients who made the specific voting decisions that will be listed in the voting data requested in Item 3 of the Subpoena, or the identities of those clients' clients. ISS reiterates here that it has engaged expert consultants to work on the anonymization process as expeditiously as possible and remains willing to engage in this process with full transparency and, if necessary, in coordination with the SEC's own technical experts, in order to achieve a mutually agreeable resolution.

As the Staff is aware, the Subpoena calls for the production of a large amount of information; client names associated with specific voting data are just a small part of the information requested. ISS has repeatedly conveyed to the Staff its willingness to produce all of the other materials and information called for in the Subpoena, and it has undertaken a robust and meticulous production of the other items. Indeed, your September 1 letter followed directly

Hogan Lovells Cadwalader US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells Cadwalader" is an international legal practice that includes Hogan Lovells Cadwalader International LLP and Hogan Lovells Cadwalader US LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Charlotte Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. Associated Offices: Jakarta Shanghai FTZ. Business Services Centers: Johannesburg Louisville. For more information see www.hlc.com.

on the heels of the August 31 installment of ISS' rolling production, which included materials responsive to all of the other paragraphs of the Subpoena. Moreover, ISS through counsel has remained in very close touch with the Staff on all of these matters, further evidencing ISS' willingness and desire to accommodate the Staff's stated needs in every way reasonably possible.

Finally, although your September 1 letter purports to justify why the extraordinary intrusiveness of the Item 3 request is necessary for the SEC's oversight and/or regulatory responsibilities, ISS finds those justifications lacking when considered in the context of the very serious and substantial constitutional, privacy, and other considerations that ISS has summarized to the Staff orally and in writing, including during our first substantive conversation about the Subpoena on August 10, 2026.

ISS remains available to continue working with the Staff in an effort to identify ways to bridge any remaining differences in relation to the Subpoena. Please do not hesitate to reach out to us if the Staff is interested in further good faith discussion.

Very truly yours,

HOGAN LOVELLS CADWALADER US LLP

By: ______________________
Douglas A. Fellman
David M. Foster

cc: Office of Freedom of Information and Privacy Act Operations