**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Applicant,**<br><br>**-against-**<br><br>**INSTITUTIONAL SHAREHOLDER SERVICES, INC.,**<br><br>**Respondent.** | : | **MC. No.** |

**ORDER TO SHOW CAUSE**

The Court has considered the application of the Securities and Exchange Commission ("SEC" or "Commission"), its memorandum of law, and documents in support for an order to show cause why respondent Institutional Shareholder Services, Inc. ("ISS") should not be ordered to produce documents requested by the Commission's July 21, 2026 subpoena. Based upon these documents, the Court is satisfied that the Commission has made a sufficient and proper showing in support of the relief granted herein.

**IT IS HEREBY ORDERED** that the Motion for an Order to Show Case is **GRANTED**:

1. ISS shall appear before this Court at _____________ on _________________ _____, 2026 in Room ______ of the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106 to show cause why the Court should not issue an Order directing ISS to produce the documents requested in the Commission's July 21, 2026 subpoena within twenty (20) days of the Order;

2. By __________________________, 2026, the Commission shall serve a copy of this Order and the documents filed by the Commission in support of its application upon ISS by personal delivery, facsimile, third-party courier, email, or first-class mail;
3. ISS shall deliver any filing opposing the application no later than ___________________ _____, 2026 at 5:00 p.m. Service shall be made via the Court's ECF system; and
4. The Commission shall have until ______________________ ____, 2026 at 5:00 p.m. to file any reply and shall serve such reply via ECF.

**BY THE COURT**:

___________________________________

UNITED STATES DISTRICT JUDGE

Dated: _______________ ____, 2026