**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**INSTITUTIONAL SHAREHOLDER SERVICES, INC.,**<br><br>**Respondent.** | **CIVIL ACTION**<br><br><br><br>**NO. 2:26-mc-78** |

**O R D E R**

**AND NOW**, this 8th day of September, 2026, upon consideration of Petitioner Securities and Exchange Commission's Application for an Order to Show Cause (ECF No. 1) (the "Application"), **IT IS HEREBY ORDERED** that:

1. Petitioner shall make immediate and proper service of the Application and this Order on Respondent.
2. Respondent shall file any response to the Application, not to exceed twenty-five (25) pages, on or before September 18, 2026.
3. Petitioner shall file any reply, not to exceed ten (10) pages, on or before September 25, 2026.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**