**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Petitioner,**<br><br>**-against-**<br><br>**INSTITUTIONAL SHAREHOLDER SERVICES, INC.,**<br><br>**Respondent.** | : | **No. 2:26-mc-00078-AMP** |

**DECLARATION OF SERVICE ON**
**<u>RESPONDENT INSTITUTIONAL SHAREHOLDER SERVICES, INC.</u>**

I, John V. Donnelly III, declare as follows:

1. I am counsel for Plaintiff Securities and Exchange Commission ("SEC" or "Commission") in this subpoena enforcement action.

2. On Friday, September 4, 2026, the SEC commenced this action to require Respondent Institutional Shareholder Services, Inc. ("ISS") to comply with a properly issued administrative subpoena by filing the Application and supporting documents. (ECF 1).

3. That same day, I emailed a courtesy copy of the Application and supporting documents filed therewith to the following attorneys with Hogan Lovells Cadwalader US LLP, who represented ISS during discussions with the SEC regarding the subpoena: Douglas Fellman, David Foster, Alessandra Carozza, and Anna Bobrow.

4. The next business day, September 8, 2026, David Foster replied to my email and acknowledged receipt of the Application.

5. Later that day, the Court issued an Order (ECF 2) directing the SEC to "make

immediate and proper service of the Application and this Order on Respondent." (ECF 2, ¶ 1).

6. After receiving the Order on September 8, I contacted counsel for ISS by phone and email, provided a courtesy copy of the Court's Order, and inquired if counsel would accept service via email on behalf of ISS.

7. That same day, via email, counsel for ISS confirmed that they would accept service via email on behalf of ISS.

8. Shortly thereafter, on September 8, 2026, I served the Application and supporting documents (ECF 1), the Court's Order dated September 8, 2026 (ECF 2), and a cover letter dated September 8, 2026 via email on counsel for ISS, including David Foster, Douglas Fellman, Alessandra Carozza, and Anna Bobrow.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 9, 2026

By: s/ John V. Donnelly III
John V. Donnelly III, Esq.
**Securities and Exchange Commission**
1617 JFK Boulevard
Suite 520
Philadelphia, PA 19103
(215) 861-9670
donnellyj@sec.gov
*Counsel for Petitioner*