IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 26-mc-78 |
| INSTITUTIONAL SHAREHOLDER SERVICES, INC. | | |

**NOTICE OF HEARING**

AND NOW, this 28th day of September 2026, the parties shall take notice that the **Hearing on the Application for an Order to Show Cause (Doc. 1)** is hereby scheduled for **October 29, 2026** at **10:00 AM** in **Courtroom TBD** before the **Honorable Antonio M. Pozos**.

/s/ Christopher T. Kurek
Deputy Clerk