**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | **CIVIL ACTION** |
| **Applicant,** | : | |
| **v.** | : | **NO. 26-mc-78** |
| **INSTITUTIONAL SHAREHOLDER SERVICES, INC.,** | : | |
| **Respondent.** | : | |

**ORDER**

**AND NOW**, this 23rd day of November, 2026, upon consideration of Application of the Securities and Exchange Commission (the "SEC" or "Applicant") (ECF No. 1) (the "Application"), the Opposition thereto filed by Institutional Shareholder Services, Inc. ("ISS" or "Respondent") (ECF No. 9), Applicant's Reply in Support thereof (ECF No. 16), Respondent's Notice of Supplemental Authority (ECF No. 23), Applicant's Response to thereto (ECF No. 24), the exhibits filed by the Parties with the foregoing, and the arguments and representations of counsel at the hearing held before this Court on October 29, 2026, and for the reasons set forth in the accompanying Memorandum Opinion, it is **HEREBY ORDERED** that the Application is **GRANTED IN PART,** and **DENIED IN PART,** as follows:

1. Respondent ISS shall produce proxy voting data responsive to the SEC's Subpoena in this action which attribute those votes to ISS's clients on a vote-by-vote basis. ISS shall not, however, produce data that could reveal the structure, composition, or inner workings of ISS's clients, including information that would identify relationships between clients' subsidiaries, parents, affiliates, or other associated persons or entities, or individuals who authorized votes on behalf of ISS's clients.

2. ISS and the SEC shall meet and confer within fourteen (14) days of this Order to identify any remaining areas of dispute regarding the data to be included in (or excluded from) the production under this Order.

3. If the Parties are not able to reach an agreement regarding the data and/or data fields that are subject to production under this Order (while reserving their respective rights to seek review of this Order), they shall submit a Joint Report to the Court identifying the data at issue, and the Parties' positions regarding whether the data must be produced, within twenty-one (21) days of this Order.

4. Otherwise, ISS shall produce the outstanding data within forty-five (45) days of this Order.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**